EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: [ ] FEPA [X] EEOC

Agency(ies) Charge No(s): 410-2024-07438

NA and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Ms. Terra Orndorff | 704-622-2266 | [redacted] |

| Street Address | City, State and ZIP Code |
|---|---|
| 1377 Weeping Tree Dr. | Auburn, Georgia 30011 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| Merritt Hospitality LLC | 500+ | 203-849-8844 |

Street Address City, State and ZIP Code

101 Merritt 7 1st Floor Norwalk CT 06851

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

Street Address City, State and ZIP Code

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

[ ] RACE [ ] COLOR [ ] SEX [ ] RELIGION [ ] NATIONAL ORIGIN

[X] RETALIATION [ ] AGE [X] DISABILITY [ ] GENETIC INFORMATION

[ ] OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE

| Earliest | Latest |
|---|---|
| 02/24 | 02/24 |

[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

My name is Terra Orndorff. In May 2023, I was hired as Director of Wellness for the Chateau Inn Winery and Resort, a luxury hotel in Braselton, Georgia owned by Merritt Hospitality, LLC ("Merritt").

I suffer from clinically diagnosed depression and anxiety, a condition I disclosed on my job application to work at Merritt and in conversations with the senior human resources ("HR") leadership at Merritt in the fall of 2023. At one point in the late fall or winter of 2023, I was referred to counseling with the Employee Assistance program after I revealed that that I was deadline with a family crisis.

On February 7, 2024, while at work, I had a major bout of depression in part due to job-related challenges. I acknowledge that I had previously been placed on a performance improvement plan that I believe was unjustified and that I had challenged, which undoubtedly contributed to my anxiety. I informed an onsite spa director that due to my condition, I needed to go home.

Later that day, I notified Vera Sostre, the HR Director for the facility, that I was in a state of crisis and needed to take a 30 medical leave to receive intensive therapy for stress and depression. HR Director Sostre told me that she understood and that the company was supportive of my getting the help that I needed.

ATDO Recived on 4-18-2024

410-2024-07438

The next day, Ms. Sostre called to tell me that I could remain an employee and use my personal leave to provide insurance during the 30 days I requested, as long as I resigned after those 30 days. She informed me that the company had decided to demand my resignation because of an unexcused departure from work and that this infraction while on on a performance plan was grounds for firing. This was completely at odds with the support Ms. Sostre had extended just the day before and was also false: senior level employees at Merritt's resorts were permitted to work flexible schedules and a departure for illness or some other reason was in no way unusual or in violation of policy. When I spoke to Ms. Sostre a day earlier, she said nothing whatsoever about my leaving workearly due to a medical crisis violating the performance plan or being a disciplinary issue.

I believe that my federal rights have been violated under the Americans with Disabilities Act. Merritt fired me because of my depressive breakdown at work and because I disclosed my need to take a one month disability accommodation. Firing me because I exercised my right to request a medical accommodation also violates the retaliation provision of the ADA.

ATDO Recived on 4-18-2024

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

410-2024-07438

| | |
|---|---|
| 04 / 18 / 2024 Terra Orndorff<br>Date Charging Party Signature | SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

ATDO Recived on 4-18-2024